IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
OCT 21 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Howard McDonald, et al
SEE Attached
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- Jim Justice, et al
SEE Attached
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 5:16-cv-09952

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

# PLAINTIFFS

| NAME | PHONE | ADDRESS |
| --- | --- | --- |
| 1. Howard McDonald | (304)-235-0165 | Rt. 1 Box 78 Williamson, WV 25661 |
| 2. Nicholas C. Dove | (606)-237-4850 | 163 Paw Paw Frk. Burnwell, Ky. 41514 |
| 3. Chad Cline | (304)-938-5209 | Po Box 414 Panther, WV 24872 |
| 4. Thomas McComas | (681)-352-4205 | Po Box 281 Lorado, WV 25630 |
| 5. Joe Sanders | (304)-923-3589 | Po Box 1766 Oceana, WV 24870 |
| 6. Frank Adkins | (304(-583-7070 | 24 Gillespie Rd Man, WV 25635 |
| 7. Jonathan Brown | (681)-220-9797 | 778 Skin Fork Rd. Brenton, WV 24818 |
| 8. David Vanover | (304)-583-6965 | Po Box 153 Bruno, WV 25611 |
| 9. John Blackburn | (304)-946-7558 | 1876 R. A. West Hwy. Delbarton, WV 25670 |
| 10. Joey Moore | (304)-682-3008 | Po Box 131 Clear fork, WV 24822 |
| 11. Eddie Taylor | (304)-443-2225 | Po Box 573 Varney, WV 25696 |
| 12. ~~(struck)~~ | ~~(304)-906-7518~~ | ~~946 Trace Fork Rd. North Springs, WV 24869~~ |
| 13. Dave Cline | (304)-688-3034 | 12986 Jerry West Hwy. Delbarton, WV 25670 |
| 14. Michael Mullins | (304)-682-3219 | Po Box 204 Oceana, WV 24870 |
| 15. Eric T Davis | (304)-888-3879 | Po Box 55 Coal Mountain, WV 24823 |
| 16. Mike Ellis | (304)-682-0151 | 5471 Country Rd. Cyclone WV 24827 |
| 17. Virgil Sammons Jr. | (304)-784-2510 | Rt. 1 Box 668 Delbarton, WV 25670 |
| 18. Jeremy Maynard | (304)-784-4240 | 11 Laurel Creek Rd Lenore, WV 25676 |
| 19. ~~(struck)~~ | ~~(304)-583-7580~~ | ~~Box 198 Accoville, WV 25606~~ |
| 20. Adam Gentry | (304)-920-5727 | Po Box 611 Cool Ridge, WV 25825 |
| 21. Josh Toler | (304)-946-8870 | 5901 Buffalo Creek Rd Amherstdale, WV 25607 |
| 22. Randy Vanover | (304)-583-7776 | Po Box 122 Bruno, WV 25611 |
| 23. William J Graham | (304)-934-8329 | 120 Burley St. Lester, WV 25865 |
| 24. Corey Jackson | (304)-928-0866 | Rt. 2 Box 173 Delbarton, WV 25670 |

*DEFENDANTS*

| | | |
|---|---|---|
| Jim Justice | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Jay Justice | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Dynamic Energy | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Mine # 30 | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Bluestone Coal | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Bluestone Resources | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Justice Highwall | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Mechel | (540)-776-7890 | Moscow, Russia |
| Mechel Bluestone | (540)-776-7890 | Moscow, Russia |
| United Mine Workers of America | (703)-291-2400 | 18354 Quantico Gateway Drive Suite 200 Triangle, Va. 22172 |

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                    _____
   Street Address          _____
   City and County         _____
   State and Zip Code      _____
   Telephone Number        _____
   E-mail Address          _____

  B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name                    _____
   Job or Title
   (if known)              _____
   Street Address          _____
   City and County         _____
   State and Zip Code      _____
   Telephone Number        _____
   E-mail Address
   (if known)              _____

   Defendant No. 2

   Name                    _____
   Job or Title
   (if known)              _____
   Street Address          _____
   City and County         _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

  Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

  Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

WARN Act
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$384,000

4 months pay per 24 plaintiffs at ~~$8,000~~ $8,000 per month

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In 2012 and 2013 the plaintiffs were laid off from work without proper notice or being compensated according to the WARN Act.

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

4 months pay according to WARN Act plus interest plus punitive damages for mental Anguish, distress, anxiety, depression. Jury Trial Destruction of credit score, loss of property, marital issues,

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff   SEE Attached
Printed Name of Plaintiff   _____

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney   _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
E-mail Address           _____

7