IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| HOWARD McDONALD, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 5:16-cv-09952 |
| JIM JUSTICE, et. al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS &
## INTEGRATED MEMORANDUM OF LAW IN SUPPORT

**COMES NOW** the Defendant, the United Mine Workers of America ("UMWA"), and pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, moves this Court to dismiss all claims against the UMWA in the Complaint filed by Plaintiffs in the above-captioned matter. This Court lacks subject-matter jurisdiction and Plaintiffs have failed to state a claim upon which relief can be granted.

The UMWA submits that the claims against it in the Complaint are jurisdictionally deficient and therefore must be dismissed. The statutory grant of jurisdiction under the Worker Adjustment Retraining and Notification Act ("the Act"), 29 U.S.C. § 2101 *et seq*, is expressly limited to suits against employers, as defined in the Act. The UMWA is not and has never been Plaintiffs' employer and the limited grant of jurisdiction in the Act does not extend to claims against labor organizations. Therefore, the Act does not provide a basis for this Court's jurisdiction over Plaintiffs' claims against the UMWA.

In addition, Plaintiffs' claims against the UMWA were not pled with sufficient factual specificity to support a claim against the UMWA, and therefore this Court cannot grant the relief requested.

Respectfully submitted,

/s/ Grant Crandall
Grant Crandall (WV Bar. #861)
*General Counsel*
Chuck Donnelly (WV Bar. #1039)
Arthur Traynor
*Associate General Counsel*
United Mine Workers of America
18354 Quantico Gateway Drive
Triangle, Virginia 22172
atraynor@umwa.org
Ph: (703) 291-2400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the United Mine Workers of America's Motion to Dismiss was served via regular first-class mail on Plaintiffs and Defendants listed in the attachment provided with Plaintiffs' summons, a copy of which is attached to this Certificate.

/s/ Arthur Traynor

# PLAINTIFFS

| NAME | PHONE | ADDRESS |
|---|---|---|
| 1. Howard McDonald *Howard McDonald* | (304)-235-0165 | Rt. 1 Box 78 Williamson, WV 25661 |
| 2. Nicholas C. Dove *Nicholas C. Dove* | (606)-237-4850 | 163 Paw Paw Frk. Burnwell, Ky. 41514 |
| 3. Chad Cline *Chad Cline* | (304)-938-5209 | Po Box 414 Panther, WV 24872 |
| 4. Thomas McComas *Thomas McComas* | (681)-352-4205 | Po Box 281 Lorado, WV 25630 |
| 5. Joe Sanders *Joe Sanders* | (304)-923-3589 | Po Box 1766 Oceana, WV 24870 |
| 6. Frank Adkins *Frank Adkins* | (304(-583-7070 | 24 Gillespie Rd Man, WV 25635 |
| 7. Jonathan Brown *Jonathan C Brown* | (681)-220-9797 | 778 Skin Fork Rd. Brenton, WV 24818 |
| 8. David Vanover *David Vanover* | (304)-583-6965 | Po Box 153 Bruno, WV 25611 |
| 9. John Blackburn *John Blackburn* | (304)-946-7558 | 1876 R. A. West Hwy. Delbarton, WV 25670 |
| 10. Joey Moore *Joey Moore* | (304)-682-3008 | Po Box 131 Clear fork, WV 24822 |
| 11. Eddie Taylor | (304)-443-2225 | Po Box 573 Varney, WV 25696 |
| ~~12.~~ | ~~(304)-906-7518~~ | ~~946 Trace Fork Rd. North Springs, WV 24869~~ |
| 13. Dave Cline *David Cline* | (304)-688-3034 | 12986 Jerry West Hwy. Delbarton, WV 25670 |
| 14. Michael Mullins *Michael Mullins* | (304)-682-3219 | Po Box 204 Oceana, WV 24870 |
| 15. Eric T Davis *Eric T Davis* | (304)-888-3879 | Po Box 55 Coal Mountain, WV 24823 |
| 16. Mike Ellis *Mike Ellis* | (304)-682-0151 | 5471 Country Rd. Cyclone WV 24827 |
| 17. Virgil Sammons Jr. *Virgil Sammons Jr.* | (304)-784-2510 | Rt. 1 Box 668 Delbarton, WV 25670 |
| 18. Jeremy Maynard *Jeremy Maynard* | (304)-784-4240 | 11 Laurel Creek Rd Lenore, WV 25676 |
| ~~19.~~ | ~~(304)-583-7580~~ | ~~Box 198 Accoville, WV 25606~~ |
| 20. Adam Gentry *Adam Gentry* | (304)-920-5727 | Po Box 611 Cool Ridge, WV 25825 |
| 21. Josh Toler *Josh Toler* | (304)-946-8870 | 5901 Buffalo Creek Rd Amherstdale, WV 25607 |
| 22. Randy Vanover *Randy Vanover* | (304)-583-7776 | Po Box 122 Bruno, WV 25611 |
| 23. William J Graham *William J Graham* | (304)-934-8329 | 120 Burley St. Lester, WV 25865 |
| 24. Corey Jackson *Corey Jackson* | (304)-928-0866 | Rt. 2 Box 173 Delbarton, WV 25670 |

# DEFENDANTS

| | | |
|---|---|---|
| Jim Justice | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Jay Justice | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Dynamic Energy | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Mine # 30 | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Bluestone Coal | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Bluestone Resources | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Justice Highwall | (540)-776-7890 | 302 South Jefferson St. Roanoke, Va. 24011 |
| Mechel | (540)-776-7890 | Moscow, Russia |
| Mechel Bluestone | (540)-776-7890 | Moscow, Russia |
| United Mine Workers of America | (703)-291-2400 | 18354 Quantico Gateway Drive Suite 200 Triangle, Va. 22172 |